LOUIS C. JOYCE, JR., AGENT, ET AL., RESPONDENTS, v. JOHN V. MORAN, APPELLANT.

Argued October 24, 1941—Decided January 9, 1942.

For the respondents, *Joseph Beck Tyler.*

For the appellant, *John V. Moran, pro se.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.